THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANGELO LEGGIO, Appellant.

(Argued December 6, 1915; decided January 11, 1916.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered May 28, 1915, upon a verdict convicting the defendant of the crime of murder in the first degree.

*James D. McClelland* and *James J. Walker* for appellant.

*Charles A. Perkins, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, HOGAN, SEABURY and POUND, JJ. Absent: HISCOCK, J.